UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHUGUANG CHEN,<br><br>c/o North River Law PLLC<br>1300 I St. NW, Suite 400E<br>Washington, DC 20005<br><br>    Plaintiff,<br><br>  v.<br><br>PEOPLE'S REPUBLIC OF CHINA,<br><br>c/o Ministry of Foreign Affairs of the PRC<br>No. 2, Chaoyangmen S. St.,<br>Chaoyang District, Beijing, 100701<br><br>c/o Ministry of Justice of the PRC<br>No. 6 Chaoyangmen S. St.<br>Chaoyang District, Beijing, 100701<br><br>    Defendant. | Civil Action No.: 23-cv-1833<br><br>**DECLARATION OF TIMES WANG REGARDING PLAINTIFF'S STATUS REPORT REGARDING SERVICE UPON DEFENDANT UNDER 28 U.S.C § 1608(a)** |

I, Times Wang, declare as follows:

1. I am a partner at the law firm North River Law PLLC. I am an attorney licensed to practice law in the District of Columbia and before this Court. The information contained here is based on my personal knowledge.

2. On June 23, 2023, my client, Shuguang Chen ("Chen" or "Plaintiff"), filed a complaint in this Court against the People's Republic of China ("PRC" or "Defendant") under the Foreign Sovereign Immunities Act.

3. This declaration is being submitted to update the Court on my office's service attempts on the Defendant since the filing of the complaint.

1

4.      The Federal Rules of Civil Procedure specify that service upon a foreign sovereign is to be effected in accordance with the Foreign Sovereign Immunities Act: "A foreign state or its political subdivision, agency or instrumentality must be served in accordance with 28 U.S.C. § 1608." Fed. R. Civ. P. 4(j)(1).

5.      28 U.S.C. § 1608(a) provides four methods through which service on a foreign sovereign state may be accomplished. The method described in § 1608(a)(1) does not apply to this case, as there is no special arrangement for service between the United States and the PRC.

6.      The method described in § 1608(a)(2), service in accordance with international convention on service of judicial documents does apply to this case, as both the United States and the PRC are party to the *Hague Convention of the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters*.

7.      On August 9, 2023, my office followed the instructions provided by the PRC's Ministry of Justice for online submission for matters within the framework of the Hague Service Convention, and submitted the legal documents required to serve the Defendant notice of the complaint using the online "Civil and Commercial Judicial Assistance System" at www.ilcc.online. Attached as Exhibit A is a true and correct copy of the instructions provided by the PRC's Ministry of Justice for online submission.

8.      The service request is now marked as "Under Review". Attached as Exhibit B is a true and correct copy of a screenshot displaying the status of the online submission, redacted to show only the relevant submission.

9.      Owing to some ambiguity in an online prompt on www.ilcc.online, Plaintiff also plans to, in an abundance of caution, send the original documents to the following address once the service request passes a preliminary review:

      International Legal Cooperation Center (ILCC)
      Ministry of Justice of China
      No. 33, Pinganli West Ave.
      Xicheng District
      BEIJING 100035
      People's Republic of China

10.    Attached as Exhibit C is a true and correct copy of a screenshot of www.ilcc.online's submission prompt providing further service instructions.

11.    According to the website of the Hague Conference on Private International Law dealing with the PRC's approach to the Hague Service Convention, available at https://www.hcch.net/en/states/authorities/details3/?aid=243, it takes "[a]round 6 months" for the PRC to execute a request.

12.    My office will continue to update the Court on its service attempts on the Defendant.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: August 11, 2023                */s/ Times Wang*
                                                      Times Wang