| **Civil and Commercial Judicial Assistance System** | Requests for Judicial Assistance | Help | About Us (/index/About/index) |
|---|---|---|---|

Please Select ▾    Please Select ▾

**CN202308100001**   Under Review   💬

| Country: United States of America | Identity of Requesting Party: North River Law PLLC | Name of Recipient: People's Republic of China | 📝 Edit (/i case_numbe Cancel |
| Legal Basis for the Request: Hague Service Convention | Cause of Action: Tort liability dispute | Submission Time: 2023-08-10 04:03:37 | |

go to page:           / 1

Exhibit B