Default - Rule 55A                                                                                              (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

SHUGUANG CHEN

           Plaintiff(s)

   v.

Civil Action: 1:23-cv-01833-DLF

PEOPLE'S REPUBLIC OF CHINA

           Defendant(s)

**RE:** PEOPLE'S REPUBLIC OF CHINA

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 8/19/2024, and an affidavit on behalf of the plaintiff having been filed, it is this 22nd day of January, 2024 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ Michele M. Grady
Deputy Clerk