UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHUGUANG CHEN,

               Plaintiff,

      v.

PEOPLE'S REPUBLIC OF CHINA,

               Defendant.

Civil Action No.: 23-cv-1833

Judge Dabney L. Friedrich

**STATUS REPORT**

      The plaintiff, Shuguang Chen, hereby advises the Court on the status of these proceedings, as follows:

      1.     As partially set forth in previous status reports, the defendant People's Republic of China was lawfully served on August 19, 2024 under 28 U.S.C. § 1608(a)(4). Under 28 U.S.C. § 1608(d), the defendant had 60 days, or until October 18, 2024, to serve the plaintiff with an answer or other responsive pleading. It did not do so, and so, on January 20, 2025, the plaintiff requested entry of default against the defendant under Rule 55(a). Dkt. 23. On January 22, 2025, the request was granted and default was entered. Dkt. 25.

      2.     On April 30, 2025, the Court entered a minute order requesting that the plaintiff submit a brief to address the Court's subject matter jurisdiction under the Foreign Sovereign Immunities Act. On May 14, 2025, the plaintiff submitted that brief. Dkt. 26.

      3.     As for entry of default judgment under Rule 55(b), the plaintiff previously estimated needing three months to prepare the required motion. Dkt. 24. However, it has become apparent that the plaintiff needs more time, including because of health issues and issues with gathering the required evidence. The plaintiff currently hopes to file the motion in September or October.

Dated: May 30, 2025                          Respectfully submitted,

*/s/ Times Wang*
**FARRA & WANG PLLC**
Times Wang (D.C. Bar 1025389)
1543 Champa St., Suite 400
Denver, CO 80202
(202) 505-6227
twang@farrawang.com

*Counsel for the plaintiff*